# EXHIBIT A

[illegible] Health System
[illegible] Processing
[illegible] Box 589
[illegible]sburg, PA 16625-0589

October 25, 2024

M3042-L01-0014449 T00049 P004 *******SCH 5-DIGIT 81401
APRIL AVILA
431 EARLE LN
MONTROSE, CO 81403-4511

**NOTICE OF SECURITY INCIDENT**

Dear April Avila:

We are writing to inform you of an incident that may affect some of your information. This letter provides you with details about the incident, our response, and resources available to you to help protect your information from possible misuse, should you determine it is appropriate to do so.

**What Happened?** *On August 26, 2024, Axis* detected irregular activity within our computer network. In response, *we immediately took steps to contain the* incident and launched an investigation to determine the nature and scope *of the activity. The investigation determined* that between July 9, 2024, and September 4, 2024, an unknown, *unauthorized cybercriminal gained access* to certain computer systems and potentially accessed and/or acquired *files stored on those computer systems.*

***What Information Was Involved?*** The information stored on the impacted computer systems during the incident *varies by individual and may include patient:*

- Contact information (such as name, address, date of birth, phone number, and email address)
- Health insurance data (such as health plans/policies, insurance companies, member/group ID numbers, and government payor ID numbers)
- Health data (such as medical record numbers, doctors, diagnoses, medicines, test results, images, care, and treatment information)
- Billing, insurance claims, and payment data (such as claim numbers, account numbers, and billing codes)
- Other personal data (such as Social Security numbers, driver's license or state-issued ID numbers, or other identification numbers).

Axis is not aware of any actual or attempted misuse of your information in connection with this incident. The data that may have been seen or taken is not the same for everyone.

**What We Are Doing.** Axis takes this incident and cyber security very seriously. We are reviewing our policies and procedures and implementing additional security measures to further protect against similar incidents going forward. We reported the incident to law enforcement and notified state regulators as required.

As an added precaution, we are offering you 24 months of access to identity monitoring services through Experian which will be paid by Axis. If you wish to receive these services, you must follow the enrollment instructions below as we are unable to activate these services on your behalf.

*B133920*